# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA GARCIA, SHANNON BOARD<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF MAYWOOD, MAYWOOD-CUDAHY POLICE DEPARTMENT, BRUCE LEFLAR, PAUL PINE, OFFICER MURIELLO and DOES 1-30,<br><br>    Defendants. | ) CASE NO. CV08-03109 ODW(SHx)<br>) Assigned for All Purposes to:<br>) Hon. Otis D. Wright II<br>)<br>) **ORDER RE STIPULATED**<br>) **PROTECTIVE ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>) *(For Determination By Magistrate Judge*<br>) *Stephen J. Hillman)*<br>) |

///

## **ORDER ON STIPULATION FOR PROTECTIVE ORDER**

After full consideration, the requested protective order is hereby issued, with all parties bound by the Agreement to be Bound by Confidentiality Stipulation, attached as Exhibit A to the Stipulation and Protective Order.

DATED: November 12, 2009          _____/ S /_____

*Hon. Stephen J. Hillman*
*Magistrate Judge of the United States*
*District Court*