ROBERT MANN, SBN 48293
DONALD W. COOK, SBN 116666
ATTORNEYS AT LAW
E-Mail: manncook@earthlink.net
3435 Wilshire Boulevard., Suite 2900
Los Angeles, California 90010
Telephone: (213) 252-9444
Facsimile: (213) 252-0091

CYNTHIA ANDERSON-BARKER, SBN 175764
LAW OFFICE OF CYNTHIA ANDERSON-BARKER
E-Mail: cablaw@hotmail.com
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA 90010
(213) 381-3246

ELLEN HAMMILL ELLISON, SBN 141429
LAW OFFICE OF ELLEN HAMMILL ELLISON
E-Mail: ellenellison1116@yahoo.com
3435 Wilshire Blvd., Suite 2900
Los Angeles, California 90010
(213) 365-8225

OLU K. ORANGE, ESQ., SBN 213653
ORANGE LAW OFFICES
E-Mail: o.orange@orangelawoffices.com
3435 Wilshire Blvd., Suite 2900
Los Angeles, California 90010
Telephone: (213) 736-9900
Facsimile: (213) 406-1250

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vanessa Garcia, Shannon Board,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Maywood, Maywood-Cudahy Police Department, Bruce Leflar, Paul Pine, Muriello and Does 1-10,<br><br>Defendants. | Case No. CV08-3109 ODW (SHx)<br><br>*Assigned to Hon. Otis D. Wright II*<br><br>**STIPULATED VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[FRCP 41 (a)(1)] |

TO THE HON. OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE:

Plaintiffs Vanessa Garcia and Shannon Board by and through their attorneys of record, and defendants City of Maywood, Maywood-Cudahy Police Department, Bruce

1  Leflar, Paul Pine, and Michael Muriello by and through their respective attorneys of
2  record, hereby stipulate to dismiss the second amended complaint in its entirety, with
3  prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).
4      The parties also stipulate that the Court may retain jurisdiction of this case for a
5  period of 120 days from the filing of the order of dismissal to enforce the settlement and
6  rule upon the plaintiff's attorney's fees application.
7      **IT IS SO STIPULATED.**
8  DATED: October 25, 2010

_____
Donald W. Cook
Attorney for Plaintiffs

DATED: October 27, 2010

_____
LEE A. WOOD
Attorney for Defendants
CITY OF MAYWOOD-MAYWOOD-CUDAHY POLICE DEPARTMENT, BRUCE LEFLAR, PAUL PINE

DATED: October 27, 2010

_____
BRIAN P. KEIGHRON
Attorney for Defendant MICHAEL MURIELLO